[No. 20758-0-I.  Division One.  December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE RASMUSSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84-1-00271-1, Dennis J. Britt, J., entered

June 24, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Webster, J.